UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

GENE EDWARD SCOTT II — PLAINTIFF

V. — CIVIL ACTION NO. 3:26-CV-507-DPJ-ASH

UNKNOWN, ET AL. — DEFENDANTS

ORDER

Pro se Plaintiff Gene Edward Scott II filed this action alleging employment-related claims under the Civil Rights Act of 1964 and the Fourteenth Amendment. R&R [5] at 1. On July 27, 2026, Scott filed "Plaintiff's Motion to Dismiss But In . . . Favor for Plaintiff." Mot. [3] at 1 (ellipsis in original); *see id.* ("Plaintiff requests to dismiss but in plaintiff's favor.").

On October 27, 2026, United States Magistrate Judge Andrew S. Harris entered a Report and Recommendation. R&R [5]. In it, Judge Harris recommends granting Plaintiff's motion and dismissing the case without prejudice, without allowing him an opportunity to seek leave to amend. *Id.* at 1–2. In doing so, Judge Harris makes several points.

First, Judge Harris construed the filing as a motion for voluntary dismissal under Federal Rule of Civil Procedure 41(a), concluding Scott was seeking a dismissal without prejudice. *Id.* at 2. Alternatively, Judge Harris, relying on 28 U.S.C. § 1915(e)(2)(B), found the complaint should be dismissed without leave to amend because Scott had failed to state a non-frivolous claim. *Id.* (citing Compl. [1] at 4). Finally, Judge Harris noted that Scott has a history of nonsensical pleading. *Id.* at 3–4 (collecting cases). Scott has not filed an objection, and the time to do so has passed. *See id.* at 4 (alerting Scott he had 14 days to file an objection).[1]

---

[1] Judge Harris also noted that Scott is a resident of Tempe and Maricopa, Arizona, and that his Complaint "reflect no connection whatsoever to this forum." *Id.* at 1 n.1.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note (1983), quoted in *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc), superseded on other grounds by 28 U.S.C. § 636(b)(1) as noted in *Alexander v. Verizon Wireless Servs., L.L.C.*, 875 F.3d 243, 248 (5th Cir. 2017). Finding no clear error, the Court accepts the well-reasoned recommendation of Judge Harris.

IT IS ORDERED that the Report and Recommendation [5] of United States Magistrate Judge Andrew S. Harris, Jr. is adopted as the finding and holding of this Court. Plaintiff's motion to dismiss [3] is granted; the action is dismissed without prejudice.

A separate judgment will be entered as required by Rule 58.

**SO ORDERED AND ADJUDGED** this the 17th day of November, 2026.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE